**Order entered December 22, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-20-01049-CV

**LESKEL NICHOLS, Appellant**

**V.**

**PROGRESSIVE INSURANCE COMPANY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00690**

## ORDER

Before the Court is appellant's December 18, 2020 motion for extension of time to file his jurisdictional letter brief. We **GRANT** the motion and **ORDER** the letter brief be filed no later than January 21, 2021. We caution appellant that further extension requests will be disfavored.

We note the motion does not include the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a)(5). We caution that any further motions shall include the certificate.

/s/ KEN MOLBERG
   JUSTICE